IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES ROBINSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-263-GMS |
| | ) |
| THOMAS CARROLL, DR. | ) |
| BOSTON, STANLEY TAYLOR, | ) |
| and JIM LUPANETTI, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

NOW THEREFORE, this 19th day of March, 2005, IT IS HEREBY ORDERED that:

    1. Robinson's Motions For Appointment of Counsel (D.I. 7; D.I. 9; and D.I. 14) are DENIED.

    2. Robinson's Motion to Submit Subpoenas (D.I. 12) is DENIED as MOOT.

    3. Robinson's complaint is DISMISSED in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B)-1915A(b)(1).

    4. The Clerk of the Court shall cause a copy of this Memorandum and accompanying Order to be mailed to Robinson.

/s/
_____
UNITED STATES DISTRICT JUDGE