NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT DOCKET NUMBER: _____ (leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

Charles M. Robinson

DISTRICT COURT DOCKET NUMBER: 04-263-GMS

v.

Thomas Carroll, Dr. Boston, Stanley Taylor and Jim Lupanetti

DISTRICT COURT JUDGE: Hon. Gregory M. Sleet

Notice is hereby given that __Charles M. Robinson__
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [ ] Order,

[x] Other (specify) __The District Courts Memorandum dismissing the Plaintiffs complaint as frivolous in accordance with 28 U.S.C. 1915(e)(2)(B) & 1915A(b)(1).__

entered in this action on __March 19th, 2005__
(date)

Dated: __February 14th, 2006__

__[signature]__
(Counsel for Appellant-Signature)

Charles M. Robinson (Pro-Se)
(Name of Counsel - Typed)

Delaware Correctional Center
(Address)

Smyrna, Delaware, 19977
(City, State Zip)

302-653-6291
(Telephone Number)

_____
(Counsel for Appellee)

_____
(Address)

_____
(City, State Zip)

_____
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

IM Charles M. Robinson
SBI# 342781  UNIT D/W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



$00.87⁰  FEB 15 2006
MAILED FROM ZIP CODE 19977

LEGAL MAIL

United States District Court
Clerks Office
844 N. King St (Lockbox 18)
Wilmington, De. 19801

U.S.M.S.
X-RAY