HPS-110                                                                                       July 14, 2006

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
C.A. No. **06-1640**

CHARLES M. ROBINSON

vs.

WARDEN THOMAS CARROLL, ET AL.
(D. Del. Civ. No. 04-cv-00263)

Present: <u>CHIEF JUDGE</u> SCIRICA, WEIS AND GARTH, <u>CIRCUIT JUDGES</u>

Submitted are:

(1) By the Clerk for possible dismissal because the appeal is untimely;

(2) Appellee Thomas Carroll's motion to dismiss appeal; and

(3) Appellant's response to possible dismissal for untimeliness

in the above-captioned case.

Respectfully,

Clerk

_____O R D E R_____

Appellee Thomas Carroll's motion to dismiss the foregoing appeal is granted because the notice of appeal was untimely filed. A notice of appeal in a civil case must be filed within 30 days of the date that the judgment or order appealed from was entered. <u>See</u> Fed. R. App. P. 4(a)(1)(A). In this case, the district court entered its order dismissing appellant's complaint on March 19, 2005, but appellant did not file a notice of appeal until February 14, 2006. Accordingly, the foregoing appeal is hereby dismissed.

By the Court,

/s/Joseph F. Weis, Jr.
United States Circuit Judge

Dated: August 2, 2006     A True Copy:
CMH/arl/cc: CMR; LB

*Marcia M. Waldron*

Marcia M. Waldron, Clerk